**MANDATE**

# United States Court of Appeals
### FOR THE SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 17th day of October, two thousand and three.

Before:     Hon. Ellsworth Van Graafeiland
                Hon. Joseph M. McLaughlin
                Hon. José A. Cabranes
                        *Circuit Judges*

Docket No. 02-2652

SERGE CHERY,

                *Petitioner-Appellee*,

v.

JOHN ASHCROFT, United States Attorney General,

                *Respondent-Appellant*.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the district court's grant of Chery's petition for a writ of <u>habeas corpus</u> is REVERSED in accordance with the opinion of this Court.

                                      FOR THE COURT:
                                      ROSEANN B. MACKECHNIE, Clerk
                                      by

                                      Arthur M. Heller
                                      Motions Staff Attorney

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

ISSUED AS MANDATE:   APR 28 2004

[Filed stamp: UNITED STATES COURT OF APPEALS FILED OCT 17 2003 Roseann B. MacKechnie, Clerk SECOND CIRCUIT]